THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW JAMES LINDSAY,

Plaintiff,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

CASE NO. C17-1818-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's amended motion for reconsideration (Dkt. No. 12) of the Court's order dismissing Plaintiff's amended complaint (Dkt. No. 8.) For the reasons stated in the Court's order dismissing Plaintiff's amended complaint (Dkt. No. 8) and order denying Plaintiff's motion for reconsideration (Dkt. No. 11) Plaintiff's amended motion for reconsideration is DENIED. This case is closed and Plaintiff must bring his claims by filing a new complaint.

DATED this 4th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk